[No. 17180-1-I.   Division One.   July 6, 1987.]

RITAMARIE SHAW NESHEIM, *Appellant,* v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 83-2-13268-1, Faith Enyeart, J., entered September 6, 1985. *Affirmed* by unpublished opinion per

Andersen, J. Pro Tem., concurred in by Cole and Dolliver, JJ. Pro Tem.